

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2018

No. 04-17-00782-CR

Arthur Lee **KIMBEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6234
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On January 25, 2018, appellant filed a motion requesting an extension of time of thirty days to file his brief. In his motion, appellant states his brief is due January 26, 2018. Rule 38.6 of the Texas Rules of Appellate Procedure provides that an appellant's brief is due within thirty days after the *later* of: 1) the date the clerk's record was filed, or (2) the date the reporter's record was filed. TEX. R. APP. P. 38.6(a) (emphasis added). At this time, the reporter's record has been filed. However, the clerk's record has not been filed and is not due until February 19, 2018 as stated in our letter to the district clerk of Gillespie County dated January 19, 2018.[1] Because the clerk's record has not been filed, appellant's brief is not yet due.

Accordingly, we deem appellant's motion for an extension of time as **MOOT**. Appellant is advised that his brief is due thirty days after the clerk's record is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel and the district clerk of Gillespie County.

---

[1] On January 19, 2018, this court notified the district clerk of Gillespie County by letter that she is the trial court clerk responsible for timely filing the clerk's record in this appeal and the record had not been filed. Our notice required the trial court clerk to file the record no later than February 19, 2018, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, in which case the trial court clerk was required to file a notice so advising the court no later than January 29, 2018.

_____
Marialyn Barnard, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2018.

_____

Keith E. Hottle
Clerk of Court